# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN FLOYD VOSS,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 79998

FILED

JAN 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying "(first amended) presentencing petition for writ of habeas corpus and denying a motion for order directing state to file a return to the defendant's presencing [sic] petition for writ of habeas corpus, specifying the true cause of the defendant's incarceration by the Nevada Department of Corrections." Second Judicial District Court, Washoe County; Kathleen M. Drakulich, Judge.

This court's review of this appeal reveals a jurisdictional defect. On August 15, 2018, the Court of Appeals entered an order concluding that there "is currently no valid judgment of conviction entered in CR96-1581," the underlying district court case, and directing the district court to resentence appellant and enter an amended judgment of conviction. *See*

*Voss v. District Court*, Docket No. 74227-COA (Order Granting Petition, August 15, 2018). To date, appellant has not been resentenced and no amended judgment of conviction has been entered. Because there is no valid judgment of conviction in this case, appellant's petition was filed prematurely. Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.       _____, J.
Hardesty                              Cadish

cc:    Hon. Kathleen M. Drakulich, District Judge
       Steven Floyd Voss
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk